# UNITED STATES DISTRICT COURT
### THE CHARLES L. BRIEANT, JR.
### FEDERAL BUILDING AND UNITED STATES COURTHOUSE
### 3OO QUARROPAS ST.
### WHITE PLAINS, NEW YORK 10601
### 914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

| |
|---|
| USDC SDNY |
| Document |
| Electronically Filed |
| Doc # _____ |
| Date Filed:  2/24/2021 |

United States District Court
Southern District of New York

-------------------------------------------------------X

United States of America,

                          Plaintiff                **SCHEDULING ORDER**

    -against-                        7:21-cr-00113-UA

Jamaul Aziz

                          Defendant

-------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled an Arraignment on an Indictment for 2/26/2021 at 3 pm before Magistrate
Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code
5999739.  Members of the press and public may call the same number, but will not be permitted to speak
during the conference.

Dated:  February 24, 2021
        White Plains, New York

                            SO ORDERED:

                            s/      PED
                            _____

                            PAUL E. DAVISON
                            United States Magistrate Judge