# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150

**David E. Patton**
*Executive Director
and Attorney-in-Chief*

Susanne Brody
Attorney-in-Charge
White Plains

---

> Application for a bail review hearing granted. The hearing has been scheduled for 3/22/2021 at 11:00 a.m. at the time of the previously scheduled telephonic initial conference. Defense counsel is reminded to submit defendant's waiver of appearance and consent to proceed by telephone to the Court in advance of that date as provided in the Court's 3/1/2021 scheduling order (Doc. 12). The government is directed to file a letter stating its position with respect to defendant's application by 3/15/2021. The Clerk of Court is requested to terminate the pending letter-motion (Doc. 17).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> March 10, 2021

March 3, 2021

The Honorable Philip M. Halpern
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  *United States v. Jamaul Aziz*, **21cr113-PMH**

Dear Judge Halpern:

Mr. Aziz submits this notice of a motion to revoke a magistrate judge's order to detain him pending trial. See 18 U.S.C. § 3145(b) (authorizing the person ordered detained to file a motion for revocation of a magistrate judge's detention order). Specifically, Mr. Aziz moves to revoke a detention order issued by the Honorable Paul E. Davison on February 26, 2021, in the above-referenced matter. Mr. Aziz asks that the district court hear the instant appeal at the earliest possible time.

Very truly yours,

Jason I. Ser
Assistant Federal Defender

cc: Jennifer Ong (by email)