# O'REILLY & SHAW, L.L.C.

FRANCIS L. O'REILLY
JANE FORD SHAW
JUSTIN PUGH

May 14, 2021

---

> Application for a bail review hearing granted. The hearing will take place at the same date and time of the previously scheduled telephonic initial conference, 5/26/2021 at 11:00 a.m. The government may file a letter concerning its position with respect to defendant's application by 5/21/2021, or may rest on its prior submissions.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         May 14, 2021

---

Honorable Philip M. Halpern
United States District Judge
300 Quarropas Street
White Plains, NY 10601

Re:   United States v. Jamaul Aziz DK#7:21cr113(PMH)

Dear Judge Halpern:

    Please accept this letter as a request for a De Novo review of Mr. Aziz's order of Detention. By way of background Mr. Aziz was initially presented before Magistrate Davidson on January 8, 2021, and at that time Mr. Aziz was ordered detained. On January 25, 2021, another bail application hearing was held and at that time Mr. Aziz was released on conditions. On February 26, 2021, Mr. Aziz was arraigned on the Indictment and at that arraignment hearing the Government again moved for detention of Mr. Aziz, Magistrate Davidson detained Mr. Aziz at that time, and he remains detained. This request for a de Novo review of Mr. Aziz's pretrial detention is based upon Magistrate Davidson's February 26, 2021, order of detention. Lastly, on March 9, 2021, Mr. Aziz' former attorney, Jason Ser, filed a Letter Motion seeking a revocation of the Order of Detention, and the undersigned intends to adopt Attorney Ser's arguments contained in his application.

Very truly yours,

Francis L. O'Reilly