# O'REILLY & SHAW, L.L.C.
#### ATTORNEYS AT LAW

FRANCIS L. O'REILLY
JANE FORD SHAW
JUSTIN PUGH

May 18, 2021

> Application granted (see Doc. 54). The time for the government to file a letter concerning its position with respect to defendant's bail review application should it choose to do so is extended to 6/7/2021.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> May 18, 2021

Honorable Philip M. Halpern
United States District Judge
300 Quarropas Street
White Plains. NY 10601

Re:   United States v. Jamaul Aziz DK#7:21cr113(PMH)

Dear Judge Halpern:

    Please accept this letter as a consent request for an adjournment of the status conference and bail review hearing currently scheduled for May 26, 2021. The basis for this request is that the undersigned has a trial beginning on May 24, 2021, before the Honorable Victor A. Bolden, in the District of Connecticut, and this trial is expected to last one week. I have been in contact with your chambers and have been informed that the next available date for the status and bail review hearing in June 14, 2021. Therefore the undersigned is requesting an adjournment until June 14, 2021. I have been in contact with Assistant United States Attorney Jennifer Ong, and she has no objection to this request.

Very truly yours,

Francis L. O'Reilly