# O'REILLY & SHAW, L.L.C.
### ATTORNEYS AT LAW

FRANCIS L. O'REILLY
JANE FORD SHAW
JUSTIN PUGH

41 UNQUOWA PLACE
FAIRFIELD, CT 06824
TEL: (203) 319-0707
FAX: (203) 319-0128

June 11, 2021

Honorable Philip M. Halpern
United States District Judge
300 Quarropas Street
White Plains, NY 10601

Re: United States v. Jamaul Aziz
DK#7:21cr113(PMH)

Dear Judge Halpern:

> Application granted. The de novo review hearing is adjourned *sine die*. The initial conference will proceed as scheduled on June 14, 2021 at 1:00 p.m.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> June 11, 2021

Please accept this letter as a request to adjourn the De Novo review of Mr. Aziz's order of Detention currently scheduled for June 14, 2021. A new date for the hearing is not requested at this time, however, the undersigned may seek another De Novo review if a sufficient bail package can be arranged to secure the defendant's release.

Very truly yours,

Francis L. O'Reilly

www.oreillyandshaw.com