March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

           -v-

JAMAUL AZIZ,

                    Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21-CR-113  (PMH  ) ( )

Defendant ___Jamaul Aziz_____ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

Permission given by Mr. Aziz to counsel to sign on his behalf. SA

/S/Jamaul Aziz
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_SA_____
Defense Counsel's Signature

Jamaul Aziz
_____
Print Defendant's Name

Sean M. Maher
_____
Print Defense Counsel's Name

This proceeding was conducted by AT&T teleconferencing technology.

5/9/22
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge