UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

- against -

JAMAUL AZIZ,
    a/k/a "Bugz,"

                                  Defendant.

------------------------------------------------------------X

Docket No.: S2 21-Cr-113 (PMH)

**NOTICE OF MOTION**
(Evidentiary Hearing Requested)

Hon. Philip M. Halpern, U.S.D.J.

PLEASE TAKE NOTICE, that upon the annexed Affirmation of Stephen R. Lewis, the Memorandum of Law, the Declaration of Jamaul Aziz, the Superseding Indictment, the prior pleadings and proceedings heretofore had herein, and the exhibits attached hereto, Jamaul Aziz, will move before the Honorable Philip M. Halpern, United States District Court Judge, at the United States Courthouse for the Southern District of New York, located at 300 Quarropas Street, White Plains, New York, on a date and time to be assigned by the Court for an Order:

1. Pursuant to Federal Rule of Criminal Procedure 12(b)(3) and the Fourth, Fifth and Fourteenth Amendments to the United States Constitution, suppressing all physical evidence taken from the defendant and his automobile and all statements made by the Defendant, Jamaul Aziz, to law enforcement agents on January 7, 2021 including all evidence obtained derivatively as fruits of the illegal stop, search and interrogation; and/or

2. Granting an evidentiary hearing on this motion; and

3. In the event an evidentiary hearing is Ordered, the Defendant requests the opportunity to submit additional legal briefing regarding all relevant issues developed during such a hearing; and

1

3. For such other and further relief as the Court may deem just and proper.

Dated: White Plains, New York
August 4, 2022

        Yours, etc.

        STEPHENS, BARONI, REILLY & LEWIS, LLP

By: _____
        Stephen R. Lewis, Esq.
        *Attorney for Defendant Jamaul Aziz*
        175 Main Street, Suite 800
        White Plains, New York 10601
        914-683-5185
        slewis@sbrllaw.com

TO:  HONORABLE PHILIP M. HALPERN
    United States District Court Judge
    United States District Courthouse
    Southern District of New York
    300 Quarropas Street
    White Plains, New York 10601

    AUSA JENNIFER ONG
    United States Attorney's Office
    Southern District of New York
    300 Quarropas Street
    White Plains, New York 10601
    914-993-1926
    jennifer.ong@usdoj.gov