UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA         :     SUPERSEDING INDICTMENT
                                :
        - v. -                   :     S3 21 Cr. 113 (PMH)
                                :
JAMAUL AZIZ,                      :
        a/k/a "Bugz,"            :
                                :
        Defendant.               :
                                :
- - - - - - - - - - - - - - - x

### COUNT ONE
### (Conspiracy to Distribute Narcotics)

The Grand Jury charges:

1.    Since at least in or about April 2020 to in or about
January 2021, in the Southern District of New York and
elsewhere, JAMAUL AZIZ, a/k/a, "Bugz," the defendant, and others
known and unknown, intentionally and knowingly did combine,
conspire, confederate, and agree together and with each other to
violate the narcotics laws of the United States.

2.    It was part and an object of the conspiracy that
JAMAUL AZIZ, a/k/a, "Bugz," the defendant, and others known and
unknown, would and did distribute and possess with intent to
distribute controlled substances, in violation of Title 21,
United States Code, Section 841(a)(1).

3.    The controlled substances that JAMAUL AZIZ, a/k/a,
"Bugz," the defendant, conspired to distribute and possess with
intent to distribute were (a) 280 grams and more of mixtures and

substances containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Section 841(b)(1)(A); (b) 400 grams and more of mixtures and substances containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A); (c) 10 grams and more of mixtures and substances containing a detectable amount of p-Fluorofentanyl, a fentanyl analogue, in violation of Title 21, United States Code, Section 841(b)(1)(B); (d) 100 grams and more of mixtures and substances containing a detectable amount of heroin, in violation of in violation of Title 21, United States Code, Section 841(b)(1)(B); and (e) mixtures and substances containing a detectable amount of methamphetamine and cocaine, and in violation of in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Section 846.)

## COUNT TWO
### (Possession of a Firearm)

The Grand Jury further charges:

4. From at least in or about August 2020 through in or about December 2020, in the Southern District of New York and elsewhere, JAMAUL AZIZ, a/k/a, "Bugz," the defendant, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the narcotics conspiracy charged in Count One of this Superseding

2

Indictment, knowingly did use and carry firearms, and, in furtherance of such crime, did possess firearms, which were brandished.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and (ii).)

### COUNT THREE
### (Felon in Possession)

The Grand Jury further charges:

5. On or about November 22, 2020, in the Southern District of New York and elsewhere, JAMAUL AZIZ, a/k/a, "Bugz," the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess a firearm, to wit, a Canick TP9 Elite SC, and the firearm was in and affecting interstate commerce.

(Title 18, United States Code, Sections 922(g)(1).)

### FORFEITURE ALLEGATION

6. As a result of committing the offense alleged in Count One of this Superseding Indictment, JAMAUL AZIZ, a/k/a, "Bugz," the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense,

3

including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

## SUBSTITUTE ASSET PROVISION

7.     If any of the above-described forfeitable property, as a result of any act or omission of JAMAUL AZIZ, a/k/a, "Bugz," the defendant:

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third party;

      c.     has been placed beyond the jurisdiction of the court;

      d.     has been substantially diminished in value; or

      e.     has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described above.

(Title 21, United States Code, Section 853.)


_Lawrence J. Moscato_
FOREPERSON

_Damian Williams_
DAMIAN WILLIAMS
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JAMAUL AZIZ,
a/k/a, "Bugz,"

Defendant.

## SUPERSEDING INDICTMENT

S3 21 Cr. 113 (PMH)

(21 U.S.C. § 846; 18 U.S.C.
§ 924(c)(1)(A)(i) and (ii); and 18
U.S.C. § 922(g)(1).)

DAMIAN WILLIAMS
United States Attorney

*Lawrence J. Moscato*
D. Foreperson