TRULINCS 24716509 - AZIZ, JAMAUL KAREEM - Unit: BRO-G-B

---

FROM: 24716509
TO:
SUBJECT: very impotant must read jamaul aziz
DATE: 09/06/2022 12:13:02 PM

In pursuit of justice your Honorable Judge Halpern, I'm humbly inquiring that in you being the superior overseer in this matter intervene in a court dilemma between me,my lawyer Mr. Stephen Lewis and the goverment.I am well aware of the atrocities I've committed in society.Im open and willing to take accountability for what I'm truly responsible for concerning my case before you,with respect to the government and my lawyer Mr. Stephen Lewis trying to find common ground,i understand that a plea/bargain is not a mandatory inquiry. However once offered it does not lose its denotation of being a plea/Bargain. I believe the government is ignoring the bargaining aspect of it your honor,by simply prohibiting me from fighting a portion of the plea concerning me being a career offender. My lawyer Mr. Stephen Lewis and the government are at a disagreement with me being a career offender. Both parties have agreed to have these arguments decided In front of a judge via "carve out",but the government is limiting us upon plea agreement to not allow us to argue the "10 year look back" period,which will handicap my lawyers defense,this is a bit heavy handed and very unjust.I am entitled by law to fight these issues because if I'm in fact a career offender, i face a substantial risk of more time added to my sentence. This issue alone is what's causing this divide via plea/Bargain. I wish not to waist limited resources and waist the tax payers money on a trial,in which i humbly admit my guilt pertaining to the charge Me and my lawyer have discussed. However this is where i ask you to intervene in hopes of getting me and my lawyer Mr.. Stephen Lewis and the government thoughts to run parallel. Thank you in advance

sincerely jamaul aziz



RECEIVED
SEP 12 2022
CHAMBERS OF
PHILIP M. HALPERN
U.S.D.J.

Jamal Azz #24716509
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232

Hon. Philip M Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

RECEIVED
SEP 12 2022
CHAMBERS OF
PHILIP M. HALPERN
U.S.D.J.

10601-415099

METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232
The enclosed letter was processed through
mail procedures for forwarding to you.
The letter has neither been opened nor inspected.
If the writer raises a question or a problem over
which this facility has jurisdiction, you may wish
to return the material for further information
or clarification. If the writer encloses correspondence
for forwarding to another addressee, please
return the enclosure to the above address.