UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

v.

JAMAUL AZIZ,

                     Defendant.

-----------------------------------------------------------X

**MOTION AND TRIAL SCHEDULING ORDER**

21-CR-00113 (PMH)

In light of the entry of defendant's plea of guilty yesterday before Magistrate Judge Davison, the Court hereby VACATES the operative motion and trial scheduling order (Doc. 108) and deems defendant's motion to suppress WITHDRAWN (Doc. 103).

The Clerk of Court is respectfully requested to terminate the pending motion (Doc. 103).

**SO ORDERED.**

Dated: White Plains, New York
        September 16, 2022

_____
Philip M. Halpern
United States District Judge