**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

United States of America,
                      Government

      -against-

Jamaul Aziz
                      Defendant(s)
-----------------------------------------------------------------X

**MEMORANDUM**
FILENAME - P:\CRD FORMS\MEMO TO DOCKET (Rev. 3/09)

Judge: **Paul E. Davison, U.S.M.J**

Case Number: 21cr113   PMH

Honorable Philip M. Halpern, United States District Judge.

      On September 15, 2022 a Rule11 allocution was taken on consent of all parties before me pursuant to your Honor's reference. Please find attached hereto the transcript of the proceeding which sets forth my Report and Recommendation for your consideration. If I can be of any further assistance in this matter I would be pleased to do so.

Dated: October 21, 2022
White Plains, New York

                                            Respectfully Submitted,
                                            s/PED
                                            Paul E. Davison, USMJ