## UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

December 7, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **United States**<br><br>                              Plaintiff,<br><br>*- against -*<br><br>**Jamaul Aziz.**<br><br>                              Defendant | **RESCHEDULING ORDER**<br><br>7:21-cr-00113-PMH |

 The Court has rescheduled the conference scheduled for 12/7/22 at 12 pm. before the Honorable Paul E. Davison, United States Magistrate Judge, to **December 14, 2022  at 11:30 am** in courtroom 420.

**NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY!**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Dec 7, 2022**

SO ORDERED:

*[signature]*
Hon. Paul E. Davison
United States Magistrate Judge

12/7/22