UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

v.                                                                       **ORDER**

JAMAUL AZIZ,                                                    21-CR-00113 (PMH)

                              Defendant.
-----------------------------------------------------------X
PHILIP M. HALPERN, United States District Judge:

      The Court has received a document entitled "Defendant's Objection to Magistrate Judge's Report & Recommendation to Deny Motion to Dismiss Indictment" from the defendant. As the defendant is represented by counsel, this Court will not consider his objections. *See, e.g.*, *United States v. Shulte*, No. 17-CR-00548, 2022 WL 17581555, at *1 (S.D.N.Y. Dec. 12, 2022) (declining to take action in connection with *pro se* submissions where defendant was represented by counsel); *United States v. DiPietro*, No. 02-CR-01237, 2007 WL 3130553, at * 1 (S.D.N.Y. Oct. 17, 2007) ("Pursuant to its docket-managing authority, a district court may reject purported *pro se* motions filed by a represented defendant."); *United States v. de la Cruz*, No. 06-CR-01091, 2007 WL 2325860, at *3 n.46 (S.D.N.Y. Aug. 13, 2007) (noting that a court has discretion to accept — and, by implication, reject — *pro se* submissions from a represented criminal defendant).

      The Court has sent a copy of the *pro se* submission to defense counsel and will maintain a copy of the document under seal for the record. Beyond that, the Court will take no action on the submission. All communications with the Court must be made through defense counsel.

**SO ORDERED.**

Dated: White Plains, New York
         January 24, 2023

                                                                     _____
                                                                       Philip M. Halpern
                                                                       United States District Judge