# AIELLO CANNICK
## Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

**VIA ECF**
Honorable Judge Philip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

> Application granted.
>
> SO ORDERED.
>
> /s/ Philip M. Halpern
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> April 7, 2023

Re: U.S. v. Jamaul Aziz
Case No.: 7:21-cr-00113-PMH

Dear Judge Halpern:

We are the attorneys for Jamaul Aziz. Mr. Aziz is scheduled for trial on September 11th, 2023. We write to seek permission for Calvin Scholar to assist us in the preparation and trial for Mr. Aziz. Please know that I am currently on trial on a homicide matter in Bronx County before Judge Timothy Lewis in the matter of People of the State of New York v. Jermaine Sutherland, Indictment # 00761-2020. We expect the trial to conclude in late April. I am slated to start another homicide matter immediately after the Sutherland matter is concluded. I also have a third homicide schedule for trial during the summer.

Given the above schedule and Mr. Scholar's aid in bridging the communication gap between Mr. Aziz and myself, we urge the Court to grant our petition. Mr. Scholar is an experienced attorney. He has assisted me on several trial matters. He has served in both the Southern and Eastern Districts.

Thank you in advance for your consideration.

Very truly yours,

/s/ *Deveraux L. Cannick*

Deveraux L. Cannick

DLC/mw