UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :         **SCHEDULING ORDER**
                                  :
Jamaul Karrim Aziz,               :         21 CR 113 (PMH)
              Defendants.         :
                                  :
------------------------------------------------------------x

A <u>Change of Counsel Hearing</u> in this matter is scheduled for <u>June 15, 2023 at 10:00 a.m</u>. in Courtroom 520 for the Court to consider substituting counsel.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time

Dated: June 8, 2023              SO ORDERED:

_____
Philip M. Halpern, U.S.D.J