# Law Offices of
# Daniel A. Hochheiser

Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

June 26, 2023

Via ECF and email
Hon. Philip M. Halpern
United States District Court
300 Quarropas Street
White Plains, New York 10601

> Application granted.
>
> SO ORDERED.
>
> _[signature]_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> June 27, 2023

Re:   USA v. Jamaul Aziz, 21 CR 113 PMH
      **PERMISSION TO FILE INTERIM VOUCHERS**

Your Honor,

    I was appointed under the Criminal Justice Act on June 15, 2023 to serve as counsel for defendant, Jamaul Aziz. Your Honor has scheduled this matter for trial to commence September 11, 2023. Because counsel has been and will continue devoting a significant portion of counsel's available professional time and attention to this matter through trial or other disposition, counsel requests that the Court endorse this letter motion to permit me, as CJA counsel, to submit interim vouchers in this case.

                                    Respectfully submitted,

                                    Daniel A. Hochheiser

Cc: all counsel via ECF

1