UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

v.                                                          SCHEDULING ORDER

JAMAUL AZIZ,                                                21-CR-00113 (PMH)

                              Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

The Court has scheduled a status conference on **July 10, 2023 at 11:00 a.m.** to discuss the parties' request for an adjournment of certain deadlines set forth in the pretrial scheduling order and the pending interlocutory appeal.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED.**

Dated:  White Plains, New York
         July 5, 2023

                                                             _____
                                                             Philip M. Halpern
                                                             United States District Judge