**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

**BY ECF/EMAIL**

Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building
300 Quarropas St.
White Plains, NY 10601

> Application granted. The July 10, 2023 conference is advanced to 9:30 a.m. that date. It is the responsibility of the Government to have the Defendant produced to Courtroom 520 at that time.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        July 6, 2023

Re:   *United States v. Jamaul Aziz*, 21 Cr. 113 (PMH)

Dear Judge Halpern:

The Government writes in response to the Court's order dated July 5, 2023, scheduling a status conference in the above-referenced case for Monday, July 10, 2023 at 11:00 A.M. *See* ECF No. 162. The Government respectfully requests that the Court, if possible, schedule the status conference for an earlier time on Monday, July 10, 2023, as undersigned counsel has to be in downtown Manhattan at 12:30 P.M. for another case. The other AUSA assigned to this matter, AUSA Klein, will be on trial before the Honorable Nelson S. Roman. Accordingly, the Government respectfully requests that the Court re-schedule the status conference for earlier in the morning on Monday, July 10, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by:  /s/    *Jennifer N. Ong*
    Jennifer N. Ong/ Benjamin D. Klein
    Assistant United States Attorneys
    (914) 993-1926 / 1908