UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

v.  **ORDER**

JAMAUL AZIZ,  21-CR-00113 (PMH)

Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

The Court, having considered the parties' submissions concerning whether Defendant's interlocutory appeal divests this Court of jurisdiction (Docs. 169, 170), and the Government's letter updating the Court on the status of the appeal (Doc. 171), hereby adjourns the trial scheduled in this matter for September 11, 2023 *sine die*. The deadlines set forth in the Revised Pretrial Scheduling Order, including the September 5, 2023 final pretrial conference, are likewise adjourned *sine die* (Doc. 168). The balance of the briefing schedule for Defendant's motion to suppress which was set by the Court at the July 10, 2023 conference remains in place.

**SO ORDERED.**

Dated: White Plains, New York
       July 27, 2023

_____
Philip M. Halpern
United States District Judge