# Law Offices of
# Daniel A. Hochheiser

Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

August 16, 2023

Via ECF and Email
Hon. Philip M. Halpern
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re:   *USA v. Jamaul Aziz*, 21 CR 113 PMH
      **Motion to obtain copy of sealed document and
      share copy with Aziz's appellate counsel**

Your Honor,

ECF document 141 references a document entitled "Defendant's Objection to Magistrate Judge's Report & Recommendation to Deny Motion to Dismiss Indictment."

My understanding is that prior defense counsel has not been able to locate a copy of this sealed document in his file. I never received a copy of it. I request that Chambers email a copy of this sealed document to me as current counsel of record for Aziz and grant permission for me to share the document with Aziz's appellate counsel, Lucas Anderson, who is attempting to collect the full record needed to respond to the government's motion to dismiss Aziz's interlocutory appeal pending in the Second Circuit.

Respectfully submitted,

Daniel A. Hochheiser

Cc: All counsel via ECF

---

Application granted. The Court grants the Clerk of Court permission to access the sealed document, Doc. 178, respectfully directs the Clerk of Court to send a copy to defendant's counsel of record, Daniel A. Hochheiser, and to then re-seal the document. Mr. Hochheiser is likewise permitted to share the document with the defendant's appellate counsel, Lucas Anderson; however, it is the Court's understanding that the document has been transmitted by the Clerk of Court to the Court of Appeals as part of the appellate record (see Aug. 16, 2023 Doc. Entry).

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       August 16, 2023