

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

> Application granted. A status conference has been scheduled for 10/24/2023 at 10:00 a.m. It is the responsibility of the Government to have the defendant produced to Courtroom 520 at that time.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> October 19, 2023

**BY ECF**
Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and
300 Quarropas St.
White Plains, NY 10601

Re:   *United States v. Jamaul Aziz*, 21 Cr. 113 (PMH)

Dear Judge Halpern:

The Government writes to request a status conference in the above-captioned matter. This matter was previously scheduled to start trial on September 11, 2023. *See* ECF No. 150. On March 6, 2023, the defendant Jamaul Aziz filed a notice of appeal from Your Honor's order denying the defendant's motion to dismiss the indictment. *See* ECF No. 151. In light of the defendant's interlocutory appeal, Your Honor adjourned (i) the September 11, 2023 trial schedule, and (ii) the balance of the briefing schedule for the defendant's motion to suppress. *See* ECF 172.

On October 18, 2023, the Second Circuit granted the Government's motion and dismissed the defendant's interlocutory appeal for lack of jurisdiction. Accordingly, the Government respectfully requests a status conference before Your Honor to set a trial schedule and address other outstanding matters.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by:  /s/_____
Benjamin Klein / Jennifer Ong
Assistant United States Attorneys
(914) 993-1908 / 1926

cc:   Daniel Hochheiser (via ECF)