UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

v.                                            **ORDER**

JAMAUL AZIZ,                              21-CR-00113 (PMH)

                         Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

The oral argument scheduled for January 30, 2024 at 11:00 a.m. is hereby converted to an evidentiary hearing concerning Defendant's pending motion to suppress (Doc. 103).

**SO ORDERED.**

Dated: White Plains, New York
       November 17, 2023

                                                    _____
                                                    Philip M. Halpern
                                                    United States District Judge