UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　　　　　　　:　　**RESCHEDULING ORDER**
　　　　　　　　　　　　　　　　　　　　　　:
JAMAUL AZIZ,　　　　　　　　　　　　　　:　　7-21-cr-00113 (PMH)
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Defendant.　　　　　　　:
-----------------------------------------------------------x

At the request of Defendant's counsel, the oral argument scheduled for January 30, 2024 at 11:00 a.m. is rescheduled to February 8, 2024 at 11:30 a.m. in Courtroom 520 at the White Plains Courthouse. It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
　　　　December 20, 2023

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Philip M. Halpern
　　　　　　　　　　　　　　　　　　　　　　United States District Judge