UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

v.                                                                    **ORDER**

JAMAUL AZIZ,                                                   7:21-cr-00113 (PMH)

                Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

At defense counsel's request for a brief adjournment of the currently scheduled trial date, and due to conflicts on the Court's calendar, jury selection and trial in this matter is being adjourned to the next available date, June 24, 2024.

All parties and counsel shall therefore appear on June 24, 2024 at 9:00 a.m. in Courtroom 520 of the courthouse located at 300 Quarropas Street, White Plains, New York 10601. All other provisions of the operative trial and pretrial scheduling order remain in effect.

                               **SO ORDERED:**

Dated:   White Plains, New York
         February 9, 2024

                               PHILIP M. HALPERN
                               United States District Judge