

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

---

**BY ECF and EMAIL**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

> Application granted. The Third Revised Pretrial Scheduling Order will be separately docketed.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        February 13, 2024

Re: *United States v. Jamaul Aziz*, S3 21 Cr. 113 (PMH)

Dear Judge Halpern:

The above-referenced matter was scheduled for trial before Your Honor starting on May 1, 2024. *See* ECF No. 189. At defense counsel's request, Your Honor adjourned the trial until June 24, 2024, *see* ECF No. 200, approximately seven weeks after the May 1, 2024 trial date. Accordingly, the Government and counsel for the defendant, Daniel Hochheiser, Esq., jointly and respectfully request an adjournment of certain motion and pretrial deadlines for approximately seven weeks, as set forth in the enclosed proposed motion and trial scheduling order.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney
    Southern District of New York

by: __/s/_____
    Jennifer N. Ong/Benjamin D. Klein
    Assistant United States Attorney
    212-637-2224 / 914-993-1908

cc: Daniel Hochheiser, Esq. (via ECF and Email)