UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

v.

JAMAUL AZIZ,

Defendant.
-----------------------------------------------------------X

**RESCHEDULING ORDER**

21-CR-00113 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Final Pre-Trial Conference scheduled for June 17, 2024 at 2:30 p.m. is advanced to 12:00 p.m. on the same date.

**SO ORDERED.**

Dated: White Plains, New York
       April 29, 2024

_____
Philip M. Halpern
United States District Judge