UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA,

v.                                                              **ORDER**

JAMAUL AZIZ,                                        21-CR-00113 (PMH)

                              Defendant.
--------------------------------------------------------X
PHILIP M. HALPERN, United States District Judge:

On April 26, 2024, the date opposition to motions *in limine* were due (*see* Doc. 203), Defendant filed untimely motions *in limine*. (Doc. 218). On June 4, 2024, Defendant filed motions *in limine* seeking to preclude certain documents listed on an exhibit list produced by the Government on May 20, 2024. (Doc. 222)

The Government shall, by noon on June 10, 2024, file a response to Defendants' motions *in limine*. (Doc. 218, Doc. 222).

**SO ORDERED.**

Dated:  White Plains, New York
              June 5, 2024

_____
Philip M. Halpern
United States District Judge