

**The Law Offices of**
**ONAODOWAN & DELINCE**

Esere J. Onaodowan, Esq.
eonaodowan@eocdlaw.com   telephone: 718.427.3139

Christine E. Delince, Esq.
cdelince@eocdlaw.com   telephone: 917.238.9332

June 18, 2024

**VIA ECF AND ELECTRONIC MAIL**
Hon. Philip M. Halpern
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

> Application granted.
>
> SO ORDERED.
>
> _[signature]_
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        June 18, 2024

    Re: **United States v. Jamaul Aziz**, 21 Cr. 113 (PMH)
       Letter Requesting Trial Clothes and Proposed Clothing Order

Dear Judge Halpern:

  We write on Mr. Aziz's behalf to request that this Court please sign an Order allowing Jamaul Aziz to receive proper courtroom attire for his trial scheduled to start on June 24, 2024. The U.S. Marshals Service will accept the clothing at their office located at 300 Quarropas Street, White Plains, New York and hold it for Mr. Aziz so that Mr. Aziz may change for trial while in the custody of the U.S. Marshals Service. We have enclosed a proposed Order that would allow the U.S. Marshal Service to accept the trial clothing for Mr. Aziz.

  Thank you in advance for your consideration.

                Respectfully submitted,

                _[signature]_

                Esere J. Onaodowan, Esq.