UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,　　　　　　　21 cr. 113 (PMH)

　　　- against -　　　　　　　　　　　　　　**ORDER**

JAMAUL AZIZ,

　　　　　　　Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PHILIP M. HALPERN, District Court:

UPON the application of Esere J. Onaodowan, Esq. Attorney for the above-named Defendant, JAMAUL AZIZ, Register Number 24716-509, it being apparent that MR. AZIZ is in need of appropriate clothing for trial,

IT IS HEREBY ORDERED that the UNITED STATES MARSHALS SERVICE office located at 300 Quarropas Street, White Plains, New York shall accept the following clothing on behalf of MR. AZIZ and keep that clothing available to him so that he can wear it for trial beginning, Monday, June 24, 2024:

1 black suit jacket, 1 pair of black suit pants,
1 grey suit jacket, 1 pair of grey suit pants,
1 pair of black shoes, 2 pairs of black dress socks,
2 white dress shirts, 2 kufis (1 white, 1 black),
1 pair of reading glasses with a wooden frame

　　　SO ORDERED

Dated: White Plains, New York
　　　　June 18, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PHILIP M. HALPERN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE