UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,                                    21 cr. 113 (PMH)

     - against -                                                    **ORDER**

JAMAUL AZIZ,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PHILIP M. HALPERN, District Court:


UPON the application of Esere J. Onaodowan, Esq. Attorney for the above-named

Defendant, JAMAUL AZIZ, Register Number 24716-509, it being apparent that MR. AZIZ is in

need of appropriate clothing for trial,

IT IS HEREBY ORDERED that the UNITED STATES MARSHALS SERVICE office

located at 300 Quarropas Street, White Plains, New York shall accept the following clothing on

behalf of MR. AZIZ and keep that clothing available to him so that he can wear it for trial that

began on Monday, June 24, 2024:

3 white undershirts (t-shirts)
3 pairs of black brief underwear
1 black belt


     SO ORDERED

Dated: White Plains, New York
     June 26, 2024

_____
PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE