UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
v.                                  :      **RESCHEDULING ORDER**
                                    :
 JAMAUL AZIZ,                       :      7:21-cr-00113-PMH
                                    :
                    Defendant.      :
------------------------------------------------------------x

Sentencing in this matter currently scheduled for April 16, 2025 is rescheduled to June 12, 2025 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

Defendant's submission is due by May 8, 2025. Government's submission is due by May 15, 2025.

**SO ORDERED:**

Dated: White Plains, New York
       December 18, 2024

_____
Philip M. Halpern
United States District Judge