UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

v.

JAMAUL AZIZ,

Defendant.
-----------------------------------------------------------X

**ORDER**

21-CR-00113 (PMH)

PHILIP M. HALPERN, United States District Judge:

     The Court has received a letter from the Defendant dated August 11, 2025 seeking to set aside the jury verdict and to enter judgment on his previously withdrawn guilty plea. As the Defendant is represented by counsel, pursuant to Local Criminal Rule 49.2, this Court will not consider his application. *See also United States v. Shulte*, No. 17-CR-00548, 2022 WL 17581555, at *1 (S.D.N.Y. Dec. 12, 2022) (declining to take action in connection with *pro se* submissions where defendant was represented by counsel).

     The Court has sent a copy of the *pro se* submission to defense counsel and will maintain a copy of the document under seal for the record. Beyond that, the Court will take no action on the submission.

**SO ORDERED.**

Dated: White Plains, New York
       September 26, 2025

                                                    _____
                                                    Philip M. Halpern
                                                    United States District Judge