# Law Offices of Ezra Spilke

> Application granted. The sentencing hearing is scheduled for April 16, 2026 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse. It is the Government's responsibility to have the defendant produced to Courtroom 520 at that time. Defendant's sentencing submission is due by March 26, 2026 and the Government's response is due by April 2, 2026. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 293).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>           September 30, 2025

Via ECF

September 29, 2025

The Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Avenue
White Plains, New York 10601

Re: *United States v. Aziz*, No. 21 Cr. 113 (S.D.N.Y.)

Dear Judge Halpern:

    I write to request an order scheduling Mr. Aziz's sentencing hearing for April 16, 2026. Last week, the United States Attorney's Office for the Eastern District of New York notified us that the Department of Justice has decided not to seek the death penalty against Mr. Aziz. Accordingly, there is no longer an impediment to Mr. Aziz's participation in a presentence interview. Chambers informs me that the Court's next available date on which both parties are also available is April 16, 2026. The Court's attention to this matter is greatly appreciated.

                    Respectfully submitted,

                    Ezra Spilke

cc:    All counsel of record, by ECF