UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

v.

JAMAUL AZIZ,

Defendant.

-----------------------------------------------------------X

**SCHEDULING ORDER**

7:21-cr-113 (PMH)

Due to a scheduling conflict, the Sentencing Hearing scheduled for April 16, 2026 is re-scheduled to June 4, 2026 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at that time.

Defendant's sentencing submission is due by May 14, 2026 and the Government's sentencing submissions is due by May 21, 2026.

**SO ORDERED:**

Dated: White Plains, New York
      January 7, 2026

_____
Philip M. Halpern
United States District Judge